UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARTWHEELS USA, INC., Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TROLLEYBASKET NORTH AMERICA LLC., a Connecticut limited liability company, and ACRUIX LLC., a Delaware limited liability company,<br><br>Defendants. | 2:10-CV-01755-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Plaintiff Kartwheels USA, INC.'s fully briefed Motion to Strike or Dismiss the Counterclaims of Defendants (Doc. #12), filed December 23, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Kartwheels USA, INC.'s fully briefed Motion to Strike or Dismiss the Counterclaims of Defendants (Doc. #12), is **DENIED**.

DATED: January 24, 2011.

_____
PHILIP M. PRO
United States District Judge