1 | Chad W. Miller, Esq.
Nevada Bar No. 7823
2 | *cmiller@weidemiller.com*
Ryan Gile, Esq.
3 | Nevada Bar No. 8807
*rgile@weidemiller.com*
4 | **WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
5 | Las Vegas, NV 89128
Tel. (702) 382-4804
6 | Fax (702) 382-4805

7 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARTWHEELS USA, INC., a Nevada corporation, | Case No.: 2:10-cv-01755-PMP-LRL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| TROLLEYBASKET NORTH AMERICA LLC, a Connecticut limited liability company, and ACURIX LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to LR 26-3, Plaintiff KARTWHEELS USA, INC. ("Plaintiff") and Defendants TROLLEYBASKET NORTH AMERICA LLC and ACURIX LLC (collectively "Defendants"), through their respective counsel, hereby AGREE and STIPULATE as follows:

1.  That all claims and counterclaims in the above-captioned case are hereby dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RRG-w-2114    1

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

2. All parties will bear their own attorneys fees and costs.

IT IS SO STIPULATED AND AGREED:

DATED this 24th day of May, 2011.

**WEIDE & MILLER, LTD.**

By: */s/ Ryan Gile*
  Chad W. Miller, Esq.
  Ryan Gile, Esq.
  7251 W. Lake Mead Blvd., Ste. 530
  Las Vegas, NV 89128
  Attorneys for Plaintiff

**SNELL & WILMER L.L.P.**

By: */s/ Aaron D. Ford*
  Aaron D. Ford, Esq.
  3883 Howard Hughes Parkway
  Suite 1100
  Las Vegas, NV 89169
  Attorneys for Defendants

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2011

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2114                    2

## CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 7251 West Lake Mead Blvd., Suite 530, Las Vegas, Nevada, 89128.

On **May 24, 2011**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**E-MAIL / E-FILE:** Automatically through the court's electronic filing system or by transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Ryan Gile*
An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2114     3

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Aaron D. Ford, Esq.<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169 | Attorney for Defendants | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2114               4